# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**D.C. KING, A.Y. MARKS, T.J. STINSON**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**ISMAIL DZAFIC**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201600052**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged**: 2 October 2015.
**Military Judge**: Col J.K. Carberry, USMC.
**Convening Authority**: Commanding General, 1st Marine Division (Rein), Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation**: LtCol D.C. Young, USMC.
**For Appellant**: LCDR W. Scott Stoebner, JAGC, USN.
**For Appellee**: Brian K. Keller, Esq.

**26 May 2016**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court